Red Rock Financial Services

October 15, 2010

# REQUEST FOR NOTICE

In Re: CANDI L ASHDOWN

Bankruptcy Number – 10-23274-BAM
Chapter - 7
**R72477**

To the Clerk of the U.S. Bankruptcy Court, the Debtor, the Attorney of record, the Trustee, and to all parties of interest.

Red Rock Financial Services request that all notice given in this case be given to and served upon the undersigned at the following address and telephone number:

Desert Willows Landscape Maintenance Association
C/o Red Rock Financial Services
7251 Amigo Street # 100
Las Vegas NV 89119
Fax: 702-341-7733
Phone: 702-932-6887

_/s/ M Prescott_
Michelle Prescott
Red Rock Financial Services

---

Red Rock Nevada Office    ■ 7251 Amigo Street, Suite 100  Las Vegas, NV 89119
www.rrfs.com              ■ Phone: 702.932.6887  Toll Free: 888.95.RedRock  Fax: 702.737.3360